AMELIA SCHUCK, Appellant, *v.* KINGS REALTY COMPANY, Respondent, Impleaded with Others.

Submitted April 7, 1941; decided April 24, 1941.

*Isidor Neuwirth* for appellant.

*Joseph M. Creamer* and *Starr Corey* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.